**Order entered April 22, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01084-CV

**HYACINTH ANYANYA, Appellant**

**V.**

**NDELLA FAYE JACKSON, Appellee**

**On Appeal from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-13-06409-A**

## ORDER

We **DENY** as moot appellee's April 7, 2015 motion to dismiss.


/s/　　DOUGLAS S. LANG
　　　　JUSTICE